Mark A. Castillo (markcastillo@ccsb.com)
  State Bar No. 24027795
Robert C. Rowe (rrowe@ccsb.com)
  State Bar No. 24086253
CARRINGTON, COLEMAN,
  SLOMAN & BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
(214) 855-3000 – Telephone
(214) 580-2641 – Facsimile

**ATTORNEYS FOR DEFENDANT CARL FERRER**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOE (A.S.), ET AL.[1], | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 3:23-cv-1039-B |
| SALESFORCE, INC.; BACKPAGE.COM, LLC; and CARL FERRER, | § § § § | |
| Defendants. | § § | |

**DEFENDANT CARL FERRER'S ANSWER TO**
**<u>PLAINTIFFS T.M. AND C.J.M.'S ORIGINAL PETITIONS</u>**

TO THE HONORABLE JANE J. BOYLE,
UNITED STATES DISTRICT JUDGE:

---

[1] By Orders dated June 20, 2023 [Doc. 11] and July 28, 2023 [Doc. 18], respectively, the following cases were consolidated into A.S. v. Salesforce (Case No. 3:23-cv-1039): B.A. v. Salesforce, Inc. (Case No. 3:23-cv-1040); B.D. v. Salesforce, Inc. (Case No. 3:23-cv-1042); B.L. v. Salesforce, Inc. (Case No. 3:23-cv-1044); B.S. v. Salesforce, Inc. (Case No. 3:23-cv-1046); C.R.M. v. Salesforce, Inc. (Case No. 3:23-cv-1048); E.H. v. Salesforce, Inc. (Case No. 3:23-cv-1071); H.H. v. Salesforce, Inc. (Case No. 3:23-cv-1051); J.J. v. Salesforce, Inc. (Case No. 3:23-cv-1052); J.R. v. Salesforce, Inc. (Case No. 3:23-cv-1056); K.C. v. Salesforce, Inc. (Case No. 3:23-cv-1058); K.D.B. v. Salesforce, Inc. (Case No. 3:23-cv-1122); K.P. v. Salesforce, Inc. (Case No. 3:23-cv-1110); K.W. v. Salesforce, Inc. (Case No. 3:23-cv-1045); L.M. v. Salesforce, Inc. (Case No. 3:23-cv-1047); M.D. v. Salesforce, Inc. (Case No. 3:23-cv-1049); R.H. v. Salesforce, Inc. (Case No. 3:23-cv-1051); S.C. v. Salesforce, Inc. (Case No. 3:23-cv-1057); V.F. v. Salesforce, Inc. (Case No. 3:23-cv-1059); T.M. v. Salesforce, Inc. (Case No. 3:23-cv-1352); and C.J.M. v. Salesforce, Inc. (Case No. 3:23-cv-1353).

Defendant Carl Ferrer ("Defendant" or "Ferrer") files this Answer in response to Plaintiffs T.M. and C.J.M's (collectively, "Plaintiffs") Original Petitions and, in support thereof, respectfully shows the Court the following:

1. Ferrer invokes his Fifth Amendment privilege against self-incrimination as to each and every, all and singular, of the allegations, claims, and causes of action contained in Plaintiffs' Original Petitions, and any amendments or supplements thereto, thereby denying same pursuant to Pursuant to Fed. R. Civ. P. 8(b)(3), and demands strict proof thereof by a preponderance of the evidence.

WHEREFORE, PREMISES CONSIDERED, Ferrer prays that the Court grant him all relief it deems just and appropriate under the circumstances; and for all such other and further relief, whether in law or in equity, to which Ferrer may show himself justly entitled.

Dated: July 31, 2023.

Respectfully submitted,

By: */s/ Mark A. Castillo*
Mark A. Castillo (markcastillo@ccsb.com)
 State Bar No. 24027795
Robert C. Rowe (rrowe@ccsb.com)
 State Bar No. 24086253
CARRINGTON, COLEMAN,
 SLOMAN & BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
(214) 855-3000 – Telephone
(214) 580-2641 – Facsimile

**ATTORNEYS FOR DEFENDANT CARL FERRER**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 31, 2023, a true and correct copy of the above and foregoing document was electronically served through CM/ECF on all counsel of record, pursuant to the Federal Rules of Civil Procedure

*/s/ Mark A. Castillo*