Mark A. Castillo (markcastillo@ccsb.com)
  State Bar No. 24027795
Robert C. Rowe (rrowe@ccsb.com)
  State Bar No. 24086253
CARRINGTON, COLEMAN,
  SLOMAN & BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
(214) 855-3000 – Telephone
(214) 580-2641 – Facsimile

**ATTORNEYS FOR DEFENDANT CARL FERRER**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOE (A.S.), ET AL.[1], | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | |
| | | CASE NO. 3:23-cv-1039-B |
| SALESFORCE, INC.; BACKPAGE.COM, LLC; and CARL FERRER, | | |
| Defendants. | | |

# FIRST AMENDED CERTIFICATE OF INTERESTED PERSONS

Mark A. Castillo, counsel for Defendant Carl Ferrer, files this First Amended Certificate of Interested Persons, pursuant to LR 3.1 and LR 7.4, and respectfully states as follows:

---

[1] By Orders dated June 20, 2023 [Doc. 11) and July 28, 2023 [Doc. 18], respectively, the following cases were consolidated into A.S. v. Salesforce (Case No. 3:23-cv-1039): B.A. v. Salesforce, Inc. (Case No. 3:23-cv-1040); B.D. v. Salesforce, Inc. (Case No. 3:23-cv-1042); B.L. v. Salesforce, Inc. (Case No. 3:23-cv-1044); B.S. v. Salesforce, Inc. (Case No. 3:23-cv-1046); C.R.M. v. Salesforce, Inc. (Case No. 3:23-cv-1048); E.H. v. Salesforce, Inc. (Case No. 3:23-cv-1071); H.H. v. Salesforce, Inc. (Case No. 3:23-cv-1051); J.J. v. Salesforce, Inc. (Case No. 3:23-cv-1052); J.R. v. Salesforce, Inc. (Case No. 3:23-cv-1056); K.C. v. Salesforce, Inc. (Case No. 3:23-cv-1058); K.D.B. v. Salesforce, Inc. (Case No. 3:23-cv-1122); K.P. v. Salesforce, Inc. (Case No. 3:23-cv-1110); K.W. v. Salesforce, Inc. (Case No. 3:23-cv-1045); L.M. v. Salesforce, Inc. (Case No. 3:23-cv-1047); M.D. v. Salesforce, Inc. (Case No. 3:23-cv-1049); R.H. v. Salesforce, Inc. (Case No. 3:23-cv-1051); S.C. v. Salesforce, Inc. (Case No. 3:23-cv-1057); V.F. v. Salesforce, Inc. (Case No. 3:23-cv-1059); T.M. v. Salesforce, Inc. (Case No. 3:23-cv-1352); and C.J.M. v. Salesforce, Inc. (Case No. 3:23-cv-1353).

1.     All persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

Jane Doe A.S., Jane Doe B.A., Jane Doe B.D., Jane Doe B.L., Jane Doe B.S., Jane Doe C.R.M., Jane Doe E.H., Jane Doe H.H., Jane Doe J.J., Jane Doe J.R., Jane Doe K.C., Jane Doe K.D.B., Jane Doe K.P., Jane Doe K.W., Jane Doe L.M., Jane Doe M.D., Jane Doe R.H., Jane Doe S.C., Jane Doe V.F., Jane Doe T.M., and Jane Doe C.J.M., Plaintiffs;

Annie McAdams and Annie McAdams, P.C., Bryan O' Blevins, Jr., Matthew Christopher Matheny and the law firm of Provost Umphrey Law Firm LLP; Morgan Malouf, David E. Harris and the law firm of Sico Hoelscher Harris LLP; counsel for Plaintiffs;

Salesforce, Inc., Defendant;

Veronica Moye, John T. Cox III, Andrew LeGrand, Kristen A. Linsley and the law firm of Gibson, Dunn & Crutcher LLP, counsel for Defendant Salesforce, Inc.;

Backpage.com, LLC, Defendant;

Carl Ferrer, Defendant; and

Mark A. Castillo, Robert C. Rowe and the law firm of Carrington, Coleman, Sloman & Blumenthal, L.L.P., attorneys for Carl Ferrer.

Dated: July 31, 2023.                          Respectfully submitted,

                                               By: /s/ Mark A. Castillo
                                               Mark A. Castillo (markcastillo@ccsb.com)
                                                State Bar No. 24027795
                                               Robert C. Rowe (rrowe@ccsb.com)
                                                State Bar No. 24086253
                                               CARRINGTON, COLEMAN,
                                                SLOMAN & BLUMENTHAL, L.L.P.
                                               901 Main Street, Suite 5500
                                               Dallas, Texas 75202
                                               (214) 855-3000 – Telephone
                                               (214) 580-2641 – Facsimile

                                               **ATTORNEYS FOR DEFENDANT CARL FERRER**

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that on July 31, 2023, a true and correct copy of the above and foregoing document was electronically served through CM/ECF on all counsel of record, pursuant to the Federal Rules of Civil Procedure

                                            */s/ Mark A. Castillo*