UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| A.S., an individual,[1]<br><br>*Plaintiff,*<br><br>v.<br><br>SALESFORCE, INC., BACKPAGE.COM, LLC, and CARL FERRER,<br><br>*Defendants*. | CIVIL ACTION NO. 3:23-cv-01039-B |

**PLAINTIFFS' REBUTTAL DESIGNATION PURSUANT TO
RULE 26(a)(2) FEDERAL RULE OF CIVIL PROCEDURE**

TO THE HONORABLE COURT:

COME NOW, Plaintiffs herein and files this its Plaintiffs' Rebuttal Designation of Experts pursuant to Federal Rule of Civil Procedure (a)(2) (D)(ii)., without waiver of any applicable or potentially applicable privilege or protection. Plaintiffs expressly reserve the right to supplement.

The Amended Scheduling Order (Doc. 87) requires that Plaintiffs shall file their rebuttal designation of experts and within thirty (30) days after the disclosure made by the opposing party. Plaintiffs respectfully designate the following rebuttal experts to testify at trial in response to matter raised by Defendant's expert designation.

---

[1] On June 20, 2023, the Court consolidated the following cases with the above entitled cause: 3:23- CV-1040-B; 3:23-CV-1042-B; 3:23-CV-1044-B; 3:23-CV-1045-B; 3:23-CV-1046-B; 3:23-CV-1047-B; 3:23-CV1048-B; 3:23-CV-1049-B; 3:23-CV-1050-B; 3:23-CV-1051-B; 3:23-CV-1052-B; 3:23-CV-1056-B; 3:23-CV1057-B; 3:23-CV-1058-B; 3:23-CV-1059-B; 3:23-CV-1071-B; 3:23-CV-1110-B; 3:23-CV-1122-B; 3:23-CV1352-B; 3:23-CV-1353-B. See Doc. 11, Mem. Op. & Order, 5–7. This case was designated as the lead case. Id. at 6.

## I. REBUTTAL EXPERTS

**1.1** Plaintiffs have retained the following rebuttal experts, who may present testimony to contradict or rebut evidence on the same subject matter identified by Defendant's experts. Their resumes or curriculum vitae are attached hereto and incorporated by reference.

**1.2**  Name:  H. Stephen Grace, Jr., Ph.D.
             H.S. Grace & Company, Inc.
     Address:  4615 Southwest Fwy #625
             Houston, Texas 77027
     Telephone:  713-572-6800

Dr. Grace is the president of a consulting firm with more than forty (40) years of experience of senior management, academic and consulting experience. Dr. Grace will offer rebuttal testimony regarding the expert report of Scott Moritz.

More specifically, Dr. Grace will testify, among other opinions, based on the documents and information reviewed, Salesforce's governance and oversight structure lacked proper oversight, the company focused business practices on revenue over compliance and thus, chose to do business with a known trafficker, Backpage.com.

Dr. Grace's report JD Experts 000278/325 Grace Report, his curriculum vitae JD Experts 000263/275, his trial testimony list JD Experts 000276/277 and his compensation rate is $780.00 per hour, are attached hereto as Exhibit A. Additionally, Plaintiffs incorporate all reports and deposition testimony provided in this matter provided by Dr. Grace as if set forth fully herein.

Further Dr. Grace has relied on the following documents produced by Plaintiffs and Defendant to:

Protective Order (Dkt #46)
Plaintiffs' Corrected First Amended Complaint (Dkt #110)
Plaintiffs' Original Complaint-GG. V. SF (Dkt #1)
Plaintiffs' Fourth Amended Complaint-GG v. SF (Dkt #259)
Plaintiffs' First Amended Complaint-SMA v. SF (Dkt #51)

Salesforce Answer-SMA v. SF (Dkt #70)
Salesforce Answer-Plaintiff's Third Amended Complaint-AB v. SF (Dkt #68)
Salesforce Unopposed Motion for Leave to File Amended Answer and Answer-AB v. SF (Dkt #154)

JD Experts 000240-253     Helgeson Expert Report
Expert Report of Scott Moritz
Salesforce Code of Conduct
AS-SF 00000001-7     Final MSA_signed
AS-SF 00002826-2836     SF Corp Governance Guidelines
AS-SF 00002947-2956     SF Corp Governance Guidelines
AS-SF 00003150-3160     SF Corp Governance Guidelines
AS-SF 00003409-3412     SF Code of Conduct
AS-SF 00003420-3424     SF Code of Conduct
Salesforce_MDL 00002848/2681     SF Code of Conduct
Salesforce_MDL 00001157     Sonneberg Email-Order Form

Deposition & Exhibits of Shell Black
Deposition & Exhibits of Kevin Hwang
Deposition & Exhibits of Jason Ginsburg
Deposition & Exhibits of John Patrick Jackson
Deposition & Exhibits of Ariana Johnson-Cantu
Deposition & Exhibits of Jordan Johnson
Deposition & Exhibits of Dustin Kolo
Deposition & Exhibits of Michael McLaughlin
Deposition & Exhibits of Kevin Meagher
Deposition & Exhibits of Pima Patel
Deposition & Exhibits of Ibraheem Rakie
Deposition & Exhibits of Matthew Rash
Deposition & Exhibits of Charles Sonnerberg
Deposition & Exhibits of Andrew Zobrist
Backpage News Articles

Salesforce, Inc.'s Responses to Plaintiffs' First Set of Interrogatories
Salesforce, Inc.'s Responses to Plaintiffs' First Set of Requests for Production
Initial Disclosures of Defendant Salesforce, Inc., Per Rule 26 of the Federal Rules of Civil Procedure

## II.  CROSS-DESIGNATION OF EXPERTS

**2.1** Plaintiffs also reserve the right to call for direct or cross-examination any one or more persons named by Defendants as expert witnesses in this case. By so designating, Plaintiffs do not necessarily attest to their truth, veracity or qualifications of those persons identified. Rather,

Plaintiffs so identify potential expert witnesses whose knowledge of facts or circumstances directly or indirectly related to this case may, of necessity and substance, require the expressions of expert opinions.

### III. REBUTTAL WITNESSES

**3.1**   Plaintiffs reserve the right to call undesignated rebuttal expert witnesses, whose testimony cannot reasonably be foreseen until the presentation of the evidence against Plaintiffs. Further, Plaintiffs reserve the right to elicit any expert opinion or lay opinion testimony at the time of trial which would be truthful, which would be of benefit to the jury to determine material issues of fact and which would not be violative of any existing Court Order or the Federal Rules of Civil Procedure and/or the Federal Rules of Evidence.

### IV. RIGHT TO WITHDRAW

**4.1**   Plaintiffs reserve the right to withdraw the designation of any expert and to aver positively that any such previously designated expert will not be called as a witness at trial and to redesignate same as a consulting expert, who cannot be called by opposing counsel.

### V. SUPPLEMENTAL DESIGNATIONS

**5.1**   Plaintiffs reserve the right to supplement this designation with additional designations of experts within the time limits imposed by the Court or any alterations of same by subsequent Court Order or agreement of the parties, or pursuant to the Federal Rules of Civil Procedure and/or the Federal Rules of Evidence.

### VI. DEFENDANTS' EXPERTS

**6.1**   Without conceding that Defendants' witnesses are qualified as experts to testify in this case or that their opinions are relevant, Plaintiffs may elicit testimony from any and all

individuals designated by Defendants within their alleged area of expertise or knowledge of relevant facts.

        Respectfully submitted,

        ANNIE MCADAMS PC

        By: /s/ *Annie McAdams*
            ANNIE MCADAMS, PC
            Annie McAdams
            State Bar No. 24051014
            2900 North Loop West, Suite 1130
            Houston, Texas 77092
            Telephone: (713) 785-6262
            Facsimile: (866) 713-6141
            teamamc@mcadamspc.com

        and

        By: /s/ *Craig M. Sico*
            SICO HOELSCHER HARRIS LLP
            David E. Harris
            State Bar No. 24049273
            Craig M. Sico
            State Bar No. 18339850
            819 N. Upper Broadway
            Corpus Christi, Texas 78401
            Telephone: (361) 653-3300
            Facsimile: (361) 653-3333
            dharris@shhlaw.com
            harrisht@shhlaw.com

        **ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

    I hereby certify that on the 13th day of October 2025, a copy of the foregoing instrument was served by CM/ECF on counsel of record.

        /s/ *Craig M. Sico*
        Craig M. Sico